THE PRIVACY FIRM PC
A Pennsylvania Professional Corporation
Joseph A. Bahgat (NJ ATT'Y ID #006502008)
1701 Walnut Street, 7th Floor
Philadelphia, PA 19103-5220
+1 877-721-9027
joe@privacyfirm.law
*Counsel for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

NEWARK VICINAGE

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | |
| *Plaintiff*; | CASE NO. 3:18-CV-028438-BRM-LHG |
| *vs.* | |
| JOHN DOE subscriber assigned IP address 173.63.201.48, | **NOTICE OF APPEARANCE** |
| *Defendant*. | |

The undersigned counsel hereby gives notice of appearance as counsel of record for defendant in the above-captioned matter.

Respectfully submitted,

By: _____

Dated: 18-Apr-2018              Joseph A. Bahgat


PRIVACY
FIRM

### CERTIFICATION OF SERVICE

I certify under Fed. R. Civ. P. 5(b)(2)(E) and L. Civ. R. 5.2 that on the date stamped above, a true and correct copy of the foregoing paper was filed with the court electronically, and that all counsel of record will be served with a notice of electronic filing at the email address(es) they have registered with the clerk's CM/ECF system.

/s Joseph A. Bahgat
Joseph A. Bahgat
*Counsel for Defendant*

PRIVACY
FIRM